## Sprouts Farmers Markets, LLC
## MUTUAL BINDING ARBITRATION AGREEMENT

**Introduction**

Binding arbitration of disputes, rather than litigation in courts, provides an effective means for resolving issues arising in or from an employment situation. Arbitration is generally faster, cheaper and less formal for all parties. Sprouts Farmers Market, LLC and its subsidiaries ("the Company") is committed to using binding arbitration to resolve all legal disputes, whether initiated by the Company or by an employee ("Employee"), in a forum which provides this alternative to the court system. As a condition of initial employment and/or continued employment, employees must also agree to use the arbitration forum. The Company's agreement to use binding arbitration is confirmed by this statement; your agreement is confirmed by your signature below or by your acceptance or continuation of employment upon notice of this policy.

**Agreement**

The Employee agrees and acknowledges that the Company and Employee will utilize binding arbitration to resolve all disputes that may arise out of the employment context. Both the Company and Employee agree that any claim, dispute, and/or controversy that either the Employee may have against the Company (or its owners, directors, officers, managers, employees, agents, and parties affiliated with its employee benefit and health plans) or the Company may have against the Employee, arising from, related to, or having any relationship or connection whatsoever with my seeking employment by, or other association with the Company, shall be submitted to and determined exclusively by binding arbitration under the Federal Arbitration Act, and following the procedures of the applicable state arbitration act, if any.

To the extent permitted by applicable law, the arbitration procedures stated below shall constitute the sole and exclusive method for the resolution of <u>any claim</u> between the Company and Employee arising out of "or related to" the employment relationship. **The parties hereto EXPRESSLY WAIVE their rights, if any, to have such matter heard by a court or a jury**. By waiving such rights, the parties are not waiving any remedy or relief due them under applicable law.

**Included Claims**

Included within the scope of this agreement are all disputes, whether they be based on the state employment statutes, Title VII of the Civil Rights Act of 1964, as amended, or any other state or federal law or regulation, equitable law, or otherwise, with exception of claims arising under the National Labor Relations Act which are brought before the National Labor Relations Board, claims brought pursuant to state workers compensation statutes, or as otherwise required by state or federal law.

**Excluded Claims**

<u>Nothing herein shall prevent, prohibit or discourage an employee from filing a charge with or participating in an investigation of the National Labor Relations Board (NLRB), the Equal Employment Opportunity Commission (EEOC), or any other state or federal agency</u> (although if such a claim is pursued following the exhaustion of such administrative remedies, that claim would be subject to these provisions). Nothing in this Agreement is intended to interfere with theEmployee's rights under the National Labor Relations Act.Nothing in this agreement is intended to prevent, prohibit, or discourage you or the Company from filing an action in court seeking immediate injunctive and/or declaratory relief

**EXHIBIT A**

relating to any restrictive covenants (including but not limited to non-compete, non-solicitation, confidentiality, and/or intellectual property assignment provisions, if applicable).

If either party's claim is within the jurisdictional limit of the small claims court, the party asserting such claims may opt out of this arbitration agreement and elect to pursue those claims in the small claims court.

### Procedures

In addition to any other requirements imposed by law, the arbitrator selected shall be a qualified "neutral" on whom the parties mutually agree, and shall be subject to disqualification on the same grounds as would apply to a judge of such court. The arbitrator shall have the authority to order such discovery, by way of deposition, interrogatory, document production, or otherwise, as the arbitrator considers necessary to a full and fair exploration of the issues in dispute, consistent with the expedited nature of arbitration. Consistent with the efficiencies of arbitration, the arbitrator may also allow for the hearing of any motions, including motions for summary judgment or dismissal. Resolution of the dispute shall be based solely upon the law governing the claims and defenses pleaded, and the arbitrator may not invoke any basis (including but not limited to, notions of "just cause") other than such controlling law. Awards shall include the arbitrator's written reasoned opinion. Either party may be represented by counsel of their own choosing at their own expense in all stages of the arbitration proceeding. The Company shall bear the arbitration costs except for a one-time payment by the employee (if employee initiates the arbitration) equal to the filing fee then required by the court of general jurisdiction where the employee works.

### Severability

Should any term or provision, or portion thereof, be declared void or unenforceable or deemed in contravention of law, it shall be severed and/or modified by the arbitrator or court and the remainder of this agreement shall be enforceable.

### Entire Agreement

This agreement supersedes any and all prior agreements regarding arbitration.

### Jury Waiver

**Employee understands that by agreeing to this arbitration agreement, whether through his or her signature or by accepting employment, both the Employee and the Company give up their rights to a trial by jury.**

The Company and Employee have agreed to the procedures above and to final and binding arbitration of all disputes that either has against the other which are within the scope of this Agreement, except as otherwise expressly noted. We understand that nothing in this Agreement alters the at-will nature of the employment relationship between the parties below.

DO NOT SIGN UNTIL YOU HAVE READ AND UNDERSTOOD THE ABOVE STATEMENT AND AGREEMENT.

Print Full Name  STEVEN A. SEMANCIK     Date 2/28/12

Signed  SAS