UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

STEVEN SEMANCIK,

    Plaintiff,

v().                                    Case No.:  2:22-cv-372-SPC-MRM

SF MARKETS, LLC,

    Defendant.
_____/

**ORDER**[1]

Before the Court is Defendant's Consent Motion to Compel Arbitration and Stay Case.  (Doc. 11).  The parties agree that the claims here should be sent to arbitration proceedings under a mutual binding arbitration agreement.  The parties also agree to stay this case pending completion of arbitration.  Having considered the motion and record, and acknowledging that no party opposes the relief sought, the Court grants the joint motion.

Accordingly, it is now

**ORDERED:**

---

[1] Disclaimer: Documents hyperlinked to CM/ECF are subject to PACER fees.  By using hyperlinks, the Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide, nor does it have any agreements with them.  The Court is also not responsible for a hyperlink's availability and functionality, and a failed hyperlink does not affect this Order.

1. Defendant's Consent Motion to Compel Arbitration and Stay Case (Doc. 11) is **GRANTED**.

2. This case is **STAYED** pending completion of arbitration.

3. The parties are **DIRECTED** to jointly notify the Court when arbitration has ended and if the stay is due to be lifted within seven days of those proceedings ending.

**4.** The parties are **DIRECTED** to file a joint report on the status of arbitration on or before **September 22, 2022**, and every ninety days after until the Court says otherwise.

5. The Clerk is **DIRECTED** to add a stay flag to the file.

**DONE** and **ORDERED** in Fort Myers, Florida on June 24, 2022.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  All Parties of Record